LIZZIE LASHUA *vs.* WILLIAM D. MARKHAM.

PROVIDENCE—DECEMBER 8, 1899.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Verdict. Arrest of Judgment.*

A verdict assessing damages and interest is defective unless it states the time for which the interest is to run, and on motion showing such defect, judgment will be arrested.

Before a verdict is taken the interest should be computed and included in the amount for which the verdict is returned.

TRESPASS ON THE CASE for trover and conversion. The jury returned a verdict for the plaintiff, and assessed damages "in the sum of $125 with interest at six per cent." Heard on motion of defendant in arrest of judgment, on the ground that the jury did not compute the interest allowed by the verdict, nor fix the time from which to compute it.

(1)      PER CURIAM. The jury returned a verdict for $125 "with interest at six per cent." The verdict in respect to interest is too uncertain for computation, because it does not state the time for which interest is to run. Even if the verdict had been sufficiently accurate in this respect, before the verdict is taken interest should be computed and included in the amount for which the verdict is returned.

Motion in arrest granted, new trial ordered unless plaintiff will take judgment on the verdict for $125, and case remitted to the Common Pleas Division for further proceedings. Gen. Laws R. I. cap. 251, § 11; *Lodge v. O'Toole*, 20 R. I. 405.

*Dennis J. Holland*, for plaintiff.
*Tillinghast & Murdock*, for defendant.